### In re E. R. STRONG CO.

(Supreme Court, Appellate Division, Second Department. October 16, 1908.)

Appeal from Special Term.

In the matter of the application for a voluntary dissolution of the E. R. Strong Company. From an order granted in the proceedings, the aggrieved party appeals. Reversed.

Argued before JENKS, HOOKER, GAYNOR, RICH, and MILLER, JJ.

PER CURIAM. Order reversed, with $10 costs and disbursements, upon the authority of In re Strong (appeal No. 1, decided herewith) 112 N. Y. Supp. 557.